UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kendrick Devon Durham　　　　　　　　　　　　　　Docket No. 4:16-CR-7-1D

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kendrick Devon Durham, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 2, 2016, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kendrick Devon Durham was released from custody on August 16, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 28, 2018, the defendant was charged with Driving While Impaired, Reckless Driving to Endanger, and Speeding in Wayne County, North Carolina (18CR55334 and 19CR700058). As a sanction for the violation conduct, it is respectfully recommended that the defendant be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a duration not to exceed 45 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　　/s/ Jay Kellum
Robert L. Thornton　　　　　　　　　　　　　　Jay Kellum
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5109
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: January 9, 2019

## ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge